DONOVAN, Respondent, *v.* CLARK, Appellant.

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Action by Daniel E. Donovan against Heman Clark.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Judgment affirmed.

---

*In re* EDSON'S WILL.

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Proceeding for the probate of the will of Mary A. Edson, deceased.   From the decree entered, Marmont B. Edson appeals.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Motion denied.

---

FINELITE *v.* FINELITE *et al.*

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Action by Lena Finelite against Alexander Finelite and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Motion granted, without costs.   See 16 N. Y. Supp. 287.

---

FOERSTER *et al. v.* GALLINGER *et al.*

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Action by William Foerster and others against Joseph Gallinger and another
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Motion denied.   See 17 N. Y. Supp. 144.

---

*In re* FRICKE'S WILL.

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Proceeding for the probate of the will of John Henry Fricke, deceased.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Motion denied.

---

GALL, Appellant, *v.* GALL, Respondent.

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Action by Charles F. Gall against Amelia Gall, as administratrix, etc., and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Reargument ordered.

---

*In re* GANTERT.

*In re* JUCH'S ESTATE.

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.   Motion denied.   See 17 N. Y. Supp. 910.

---

PEOPLE *ex rel.* MAGUIRE *v.* PURROY *et al.*

*(Supreme Court, General Term, First Department.   March 31, 1892.)*

Action by the people on the relation of George J. Maguire against Henry D. Purroy and others.